# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Kimberly Harbester,<br>　　　　　Plaintiff<br><br>v.<br><br>Mercantile Adjustment Bureau, LLC,<br>　　　　　Defendant | Docket No. 3:22-cv-340-MEM<br><br>(Judge Malachy E. Mannion)<br><br>ELECTRONICALLY FILED |
|---|---|

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| *s/ Brett M. Freeman* | *s/ Brendan H. Little (with consent)* |
|---|---|
| Brett M. Freeman | Brendan H. Little |
| Bar Number PA 308834 | Bar Number PA 317322 |
| FREEMAN LAW | LIPPES MATHIAS, LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 210 Montage Mountain Road | 50 Fountain Plaza, Suite 1700 |
| Moosic, PA 18507 | Buffalo, NY 14202 |
| P: (570) 589-0010 | P: 716-853-5100 |
| F: (570) 456-5955 | F: 716-853-5199 |
| brett@freeman.law | blittle@lippes.com |